

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
OCT - 8 2014
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re )
BENFORD, RACHELLE C. )
)
) Case No. 14-30044
)
Debtor(s). )
_____ )

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case is a true, correct, and complete listing.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: October 8, 2014        _____
                               Debtor's Signature

DATED:_____         _____
                               Joint Debtor's (if any) Signature

Submit this form and your Master Address List to one of the following addresses:

**Sacramento Division**
501 I Street, Suite 3-200
Sacramento, CA 95814

**Modesto Division**
Mailing Address:
501 I Street, Suite 3-200
Sacramento, CA 95814

Physical Address:
1200 I Street, Suite 4
Modesto, CA 95354

**Fresno Division**
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100 (Rev. 7/15/14)



Debtor, Benford, Rachelle C

Creditor's Matrix

AFNI, INC
Direct TV
404 Brock Dr
Bloomington, IL 61701

AWA COLLECTIONS
TWO JINN, INC
ADLADDIN BAIL BONDS
Post Office Post 6605
Orange  CA 92863-6605

ARSTRAT
A DIVISION OF PATIENT ACCOUNTING
SERVICES CENTER, LLC
9800 Center Pkwy #100
Houston, Texas 77038

ARSTRAT
A DIVISION OF PATIENT ACCOUNTING
SERVICES CENTER, LLC
9800 Center Pkwy #100
Houston, Texas 77038

BASS & ASSOCIATES, PC
UNITED CONSUMER FINANICAL SERVICE
3936 E. Fort Lowell Rd Ste 200
Tucson, AZ 85712

COAST 2 COAST FINANICAL
BELL PEST CONTROL
101 Hodencamp Rd Ste 120
Thousand Oaks, CA 91360

CA EMER PHYS MED GROUP
Post Office Box 582663
Modesto, CA 95358-5032

CALIFORNIA CHECK CASHING
7386 Stockton Blvd
Sacramento, CA 95823

CAPITAL ONE
Post Office Box 3028
SALT LAKE CITY, UT

Debtor, Benford, Rachelle C

CASH ADVANCE
5321 Mack Rd
Sacramento, CA 95823

CASH ONE
4550 Mack Rd
Sacramento, CA 95823

CITY OF SACRAMENTO
UTILITY SERVICE
Post Office Box 2770
Sacramento, CA 95812-2770

CITY OF SACRAMENTO
PARKING CITATION
Post Office Box 2551
Sacramento, CA 95812-2551

COUNTY OF SACRAMENTO UTILITIES
9700 Goethe Rd #C
Sacramento, CA 95827

DEPARTMENT OF PARKING AND TRAFFIC
Post Office Box 7718
San Francisco, CA 94120

DIGNITY HEALTH MEDICAL FOUNDATION
MERCY MEDDICAL GROUP
Post Office Box 742016
Los Angeles, CA 90074-2016

ESCALLATE
EMP PARTNERS OF SACRAMENTO CIT
5200 Stoneham Rd
North Canton, Oh 44720

EDD
Bankruptcy Group Special
Procedure MIC 92E
Post Office Box 826880
Sacramento, CA. 94280-0001

EMP
EMERGENCY MEDICINE PHYSICIANS
Post Office Box 48458
Oak Park, MI 48237

<u>Debtor, Benford, Rachelle C</u>

EDD-STATE OF CALIFORNIA
BENEFIT OVERPAYMENT
Post Office Box 826216, MIC 91
Sacramento, CA 94230-6218

FIRST PREMIER BANK
601 S Minnesota Ave
Sioux Falls, SD 57104

GRANT & WEBER
METHODIST HOSPTIAL
26575 West Agoura Rd
Calabasas, CA. 91302

JEFFERSON CAPITAL SERVICES, LLC
16 McLeland Rd
St. Cloud, MN 56303

MERCY FAMILY CENTER
7601 Hospital Dr
Sacramento, CA 95823

METHODIST HOSPITAL OF SACRAMENTO
Post Office Box 101029
Pasadena, CA 91189-1029

NCO FINANCIAL/35
DIGNITY HEALTH
21250 Hawthorne Blvd. Ste 400
Torrance, CA 90503

PRA RECEIVABLES MANAGEMENT, LLC
NATIONAL CAPITAL MANAGEMENT, LLC
10 Orchard, Ste. 100
Lake Forest, CA 92630

PETER G. MACALUSO, ESQ
7311 Greenhaven Dr. Ste 100
Sacramento, CA. 95831

PORTFOLIO RECOVERY ASSOCIATES, LLC
Post Office Box41067
Norfolk, VA 23541

SACRAMENTO COUNTY UTILITIES
Post Office Box 20005
Sacramento, CA95812

**Debtor,  Benford, Rachelle C**

SANTANDER CONSUMER USA, INC.
Post Office Box 560284
Dallas, Texas 75356-0284

STATE OF CALIFORNIA
FRANCHISE TAX BOARD
Post Office Box 942857
Sacramento, CA 94257-0511

TARGET NATIONAL BANK
Post Office Box 673
Minneapolis, MN 55440

U C DAVIS HOSPITAL MEDICALCENTER
PATIENT FINANICAL SERVICES
Sacramento, CA 95817

USCB AMERICA
Post Office Box 74929
Los Angel, CA 90004-0929

US HOME MORTGAGE BANK
4801 Fredrick Street
Owensboro, KY 42301

US BANK N.A. - Cash Advance
Post Office Box 5229
Cincinnati, OH 45200


UNITED CONSUMER FINANICAL SERVICE
C/O PATTI H. BASS
3936 FT. LOWELL RDE # 200
TUCSON, AZ 85712